UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRILL LYNCH PIERCE FENNER & SMITH, INC. | : | CASE NO. 3:03-CV-981 (SRU) |
| Plaintiff | : | |
| V. | : | |
| | : | |
| LAWRENCE J. HAERTEL | : | |
| | : | FEBRUARY 3, 2005 |
| Defendant. | : | |

## APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled case for the plaintiff Merrill Lynch Pierce Fenner & Smith, Inc.

THE PLAINTIFF
MERRILL LYNCH PIERCE FENNER & SMITH, INC.

By _____
Michael T. McCormack, CT13799
TYLER COOPER & ALCORN, LLP
CityPlace - 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Fax: (860) 278-3802
Email: mmccormack@tylercooper.com
- Its Attorneys -