# Certification

I hereby certify that a copy of the forgoing was mailed, postage prepaid, on February 3, 2005 to:

Gary Klein
Sandak Friedman Sumner & Greco, LLP
970 Summer St.
Stamford CT 06905-5503

Steven L. Manchel
199 Wells Ave.
Suite 106
Newton, MA 02459

Paul G. Kirk, Esquire
Rubin & Associates, P.C.
10 South Leopard Rd.
MCS Building
Paoli, PA 19301

*[signature]*